UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ALEXIS CRAWFORD,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF LAKEWOOD,<br><br>　　　　　　Defendant. | CASE NO. 3:20-cv-05088-BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 10. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)　The R&R is **ADOPTED**;

(2)　Plaintiff's *in forma pauperis* application is **DENIED**];

(3)　Plaintiff's complaint is **DISMISSED** without prejudice; and

(4)　The Clerk shall enter **JUDGMENT** and close this case.

Dated this 23rd day of April, 2020.

　　　　　　　　　　　　　　　　　　BENJAMIN H. SETTLE
　　　　　　　　　　　　　　　　　　United States District Judge

ORDER